**23SL-CC04910**

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 04:35 PM

**IN THE ST. LOUIS COUNTY CIRCUIT COURT**
**STATE OF MISSOURI**

|                                                              |     |                |
| ------------------------------------------------------------ | --- | -------------- |
| S.C. and                                                     | )   |                |
|                                                              | )   |                |
| I.G., by and through his next friend, S.C.,                  | )   |                |
|                                                              | )   |                |
|     Plaintiffs,                          | )   |                |
|                                                              | )   | Case No.       |
| vs.                                                          | )   |                |
|                                                              | )   | Division       |
| JOSEPH GUTOWSKI,                                             | )   |                |
| Inmate #61288-510                                            | )   |                |
| Serve at:                                                    | )   |                |
| St. Genevieve County Detention Center                        | )   |                |
| 5 Basler Drive                                               | )   |                |
| St. Genevieve, MO 63670                                      | )   |                |
|                                                              | )   |                |
|     Defendant.                          | )   |                |

**PETITION**

For their Petition against Defendant, Plaintiffs S.C. and I.G. allege and state as follows:

1. Plaintiff I.G. is a male minor who resides with his mother S.C. in St. Louis County, State of Missouri.

2. Plaintiff S.C. is the mother of I.G.

3. Plaintiffs S.C. and I.G. resided with Defendant in a home in St. Louis County, Missouri. Defendant had installed in their bathroom a hidden camera disguised as a towel hook, and the hidden camera recorded the activities of S.C. and I.G. in the bathroom from around June 2019 until Defendant moved out in May 2021.

4. The hidden camera would record each time it detected motion.

5. Defendant confessed in a chat with a person online that he was sharing photos of S.C. with him online.

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 04:35 PM

6. Defendant Joseph Gutowski ("Gutowski") was a teacher at Lafayette High School and lived in St. Louis County.

7. Gutowski had small disguised hidden cameras for still pictures and videos set up in his home, in his bathroom and at his office at Lafayette High School.

8. Gutowski secretly took naked and partially clothed photos and videos of I.G. at their home a time S.C. and I.G. reasonably believed he was in a private place without photos or videos being taken or men being able to view them.

9. Gutowski kept the photos and videos of I.G. (a minor) on his own computers and his mobile phones and on computer memory devices.

10. Gutowski secretly took naked and partially clothed photos and videos of S.C. at their home at a time S.C. reasonably believed she was in a private place without photos or videos being taken or men being able to view her.

11. Gutowski kept the photos and videos of S.C. on his own computers and his mobile phones and on computer memory devices.

12. Gutowski shared the videos and photos with other people over the internet so that many people now have, are viewing, and are transferring nude and semi-nude photos and videos of S.C. and I.G. (a minor).

13. I.G. has been directly and proximately damaged by Gutowski's wrongful acts and has suffered serious and continuing upset, depression, and mental distress due to the pictures and videos of his being viewed all over the world.

14. S.C. has been directly and proximately damaged by Gutowski's wrongful acts and has suffered serious and continuing upset, depression, and mental distress due to the pictures and videos of her being viewed all over the world.

15. I.G. and his mother S.C. did not know what Gutowski was doing until he was investigated and charged in December 2022 for taking nude and semi-nude pictures and videos of women, girls and boys.

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 04:35 PM

16. I.G. never consented to Gutowski's photographing or videotaping or viewing or storing or transferring photos and videos of him.

17. S.C. never consented to Gutowski's photographing or videotaping or viewing or storing or transferring photos and videos of her.

18. All conditions precedent to S.C. and I.G. bringing, prosecuting, and prevailing on the claims set forth below have been satisfied.

19. S.C. and I.G. have and will incur reasonable legal fees and costs including reasonable attorney fees in bringing and prosecuting the claims set forth below.

20. Gutowski did the wrongful acts alleged in this petition intentionally.

## COUNT 1
### (UNREASONABLE INTRUSION INTO SECLUSION)

21. Plaintiffs S.C. and I.G. restate and incorporate by reference the allegations of Paragraphs 1-20.

22. I.G.'s nude and semi-nude body is a secret and private subject matter.

23. Gutowski intentionally intruded into I.G.'s (a minor) seclusion and solitude and private affairs by secretly posting cameras in private areas where I.G. (a minor) reasonably thought he was free from observation, videoing, photography, and the view of men.

24. Gutowski intentionally intruded into the solitude, seclusion, and physical and private affairs of I.G. (a minor).

25. Gutowski's intrusion was unreasonable and highly offensive to normal people.

26. I.G. has a right to keep his nude and semi-nude body private.

27. Gutowski obtained photos and videos of I.G.'s nude and semi-nude body through unreasonable means.

28. Gutowski shared the videos and photos with other people over the internet so many people now have, are viewing, and are transferring nude and semi-nude photos and videos of I.G.

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 04:35 PM

29. I.G. has been directly and proximately damaged by Gutowski's wrongful acts and has suffered serious and continuing upset, depression, and mental distress and pictures and videos of him are being viewed all over the world.

30. S.C.'s nude and semi-nude body is a secret and private subject matter.

31. Gutowski intentionally intruded into S.C.'s seclusion and solitude and private affairs by secretly posting cameras in private areas where S.C. reasonably thought she was free from observation, videoing, photography, and the view of men.

32. Gutowski intentionally intruded into the solitude, seclusion, and physical and private affairs of S.C.

33. Gutowski's intrusion was unreasonable and highly offensive to normal people.

34. S.C. has a right to keep her nude and semi-nude body private.

35. Gutowski obtained photos and videos of S.C.'s nude and semi-nude body through unreasonable means.

36. S.C. has been directly and proximately damaged by Gutowski's wrongful acts and has suffered serious and continuing upset, depression, and mental distress.

37. Gutowski's wrongful acts set forth above were willful, wanton, and outrageous with a reckless indifference to the rights of S.C., I.G. (a minor) and others.

Wherefore, Plaintiffs S.C. and I.G. respectfully ask this Court to enter judgment for them and against Defendant Gutowski for damages which are fair and reasonable, for taxable court costs, for punitive damages, and for any other relief deemed just.

## COUNT 2
### (WRONGFUL APPROPRIATION OF LIKENESS)

38. Plaintiffs S.C. and I.G. restate and incorporate by reference the allegations of Paragraphs 1-37.

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 04:35 PM

39. I.G.'s (a minor) nude and semi-nude body is a secret and private subject matter.

40. Gutowski intentionally intruded into I.G. (a minor)'s seclusion and solitude and private affairs by secretly posting cameras in private areas where I.G. (a minor) reasonably thought he was free from observation, videoing, photography, and the view of men.

41. Gutowski intentionally intruded into the solitude, seclusion, and physical and private affairs of I.G. (a minor).

42. Gutowski's intrusion was unreasonable and highly offensive to normal people.

43. I.G. has a right to keep his nude and semi-nude body private.

44. Gutowski obtained photos and videos of I.G.'s (a minor) nude and semi-nude body through unreasonable means.

45. S.C.'s nude and semi-nude body is a secret and private subject matter.

46. Gutowski intentionally intruded into S.C.'s seclusion and solitude and private affairs by secretly posting cameras in private areas where S.C. reasonably thought she was free from observation, videoing, photography, and the view of men.

47. Gutowski intentionally intruded into the solitude, seclusion, and physical and private affairs of S.C.

48. Gutowski's intrusion was unreasonable and highly offensive to normal people.

49. S.C. has a right to keep her nude and semi-nude body private.

50. Gutowski obtained photos and videos of S.C.'s nude and semi-nude body through unreasonable means.

51. Gutowski published S.C.'s likeness over the internet by sharing the videos and photos with other people over the internet so many people now have, are viewing, and are continuing to publish and transfer nude and semi-nude photos and videos of S.C.

52. Gutowski obtained a benefit from the publication because Gutowski traded and exchanged S.C.'s photos and videos to obtain other photos and videos of women, boys and girls, and, on information and belief, Gutowski was paid for the videos and photos.

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 04:35 PM

53. Gutowski took the photos and videos and published and transferred the photos and videos without the consent or permission or knowledge of S.C.

54. S.C. and I.G. have been directly and proximately damaged by Gutowski's wrongful acts and have suffered serious and continuing upset, depression, and mental distress and pictures and videos of them being viewed all over the world.

55. Gutowski's wrongful acts set forth above were willful, wanton, and outrageous with a reckless indifference to the rights of S.C., I.G. and others.

Wherefore, Plaintiffs S.C. and I.G. respectfully ask this Court to enter judgment for them and against Defendant Gutowski for damages which are fair and reasonable, for taxable court costs, for punitive damages, and for any other relief deemed just.

## COUNT 3
### (PUBLIC DISCLOSURE OF PRIVATE FACTS)

56. Plaintiffs S.C. and I.G. restate and incorporate by reference the allegations of Paragraphs 1-55.

57. I.G.'s (a minor) nude and semi-nude body is a secret and private subject matter.

58. Gutowski intentionally intruded into I.G.'s (a minor) seclusion and solitude and private affairs by secretly posting cameras in private areas where I.G. (a minor) reasonably thought he was free from observation, videoing, photography, and the view of men.

59. Gutowski intentionally intruded into the solitude, seclusion, and physical and private affairs of I.G. (a minor).

60. Gutowski's intrusion was unreasonable and highly offensive to normal people.

61. I.G. has a right to keep his nude and semi-nude body private.

62. Gutowski obtained photos and videos of I.G.'s nude and semi-nude body through unreasonable means.

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 04:35 PM

63. Gutowski shared the videos and photos with other people over the internet so many people now have, are viewing, and are transferring nude and semi-nude photos and videos of I.G. (a minor).

64. Gutowski had no permission, privilege, or grant allowing him to take or publish the photos and videos.

65. Gutowski has deliberately disclosed I.G.'s private matters in which the public has no legitimate concern.

66. Gutowski's disclosure and publication of I.G.'s private matters bring shame and humiliation to I.G. and would to a person of reasonable and ordinary sensibilities.

67. I.G. has been directly and proximately damaged by Gutowski's wrongful acts and has suffered serious and continuing upset, depression, and mental distress and pictures and videos of him are being viewed all over the world.

68. Gutowski published nude and semi-nude photos and videos of I.G. (a minor) onto the internet and the publication continues with recipients continuing to republish the videos and photos.

69. Gutowski's wrongful acts set forth above were willful, wanton, and outrageous with a reckless indifference to the rights of I.G. (a minor) and others.

70. S.C.'s nude and semi-nude body is a secret and private subject matter.

71. Gutowski intentionally intruded into S.C.'s seclusion and solitude and private affairs by secretly posting cameras in private areas where S.C. reasonably thought she was free from observation, videoing, photography, and the view of men.

72. Gutowski intentionally intruded into the solitude, seclusion, and physical and private affairs of S.C.

73. S.C. has a right to keep her nude and semi-nude body private.

74. Gutowski obtained photos and videos of S.C.'s nude and semi-nude body through unreasonable means.

75. Gutowski shared the videos and photos with other people over the internet so many people now have, are viewing, and are transferring nude and semi-nude photos and videos of S.C.

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 04:35 PM

76. Gutowski had no permission, privilege, or grant allowing him to take or publish the photos and videos.

77. Gutowski has deliberately disclosed S.C.'s private matters in which the public has no legitimate concern.

78. Gutowski's disclosure and publication of S.C.'s private matters bring shame and humiliation to S.C. and would to a person of reasonable and ordinary sensibilities.

79. S.C. has been directly and proximately damaged by Gutowski's wrongful acts and has suffered serious and continuing upset, depression, and mental distress and pictures and videos of her are being viewed all over the world.

80. Gutowski published nude and semi-nude photos and videos of S.C. onto the internet and the publication continues with recipients continuing to republish the videos and photos.

81. Gutowski's wrongful acts set forth above were willful, wanton, and outrageous with a reckless indifference to the rights of S.C., I.G. and others.

Wherefore, Plaintiffs S.C. and I.G. respectfully ask this Court to enter judgment for them and against Defendant Gutowski for damages which are fair and reasonable, for taxable court costs, for punitive damages, and for any other relief deemed just.

## COUNT 4
### (15 U.S.C. §6851)

82. Plaintiffs S.C. and I.G. restate and incorporate by reference the allegations of Paragraphs 1-81.

83. Defendant had and took photos and videos of I.G. which showed his body and face and would allow people to identify him as the subject of the photos and videos.

84. Defendant had photos and videos of I.G. which showed his uncovered genitals and  pubic area.

Electronically Filed - ST LOUIS COUNTY - November 14, 2023 - 04:35 PM

85. On information and belief, Defendant sent, traded, and transferred the intimate photos of I.G. over interstate and international internet communications.

86. Defendant had and took photos and videos of S.C. which showed her body and face and would allow people to identify her as the subject of the photos and videos.

87. Defendant had photos and videos of S.C. which showed her uncovered genitals, pubic area, and post pubescent nipples.

88. On information and belief, Defendant sent, traded, and transferred the intimate photos of S.C. over interstate and international internet communications.

89. All conditions precedent to S.C. and I.G. bringing and prevailing on the aforementioned counts are satisfied

Wherefore, Plaintiffs S.C. and I.G. respectfully ask this Court to enter judgment for them and against Defendant Gutowski for damages which are fair and reasonable, in the alternative for statutory damages of $150,000 per disseminated image, for attorney fees incurred in bringing and prosecuting this action, for taxable court costs, for punitive damages, and for any other relief deemed just.


**SCHULTZ LAW GROUP, LLC**

BY:  **/s/ Robert Schultz_____**
     **Robert Schultz #35329**
     **640 Cepi Drive**
     **Chesterfield, MO 63005**
     **636-537-4645 / FAX: 636-537-2599**
     **rschultz@sl-lawyers.com**
     *Attorney for Plaintiff*